**RECEIVED**
**AUG 0 2 2011**
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

## PRO SE CIVIL COMPLAINT

Case No. **NEW**
(The court will assign a number)

I.   **CASE CAPTION:**   Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption. The court will **not** consider a claim against any defendant who is not listed in the caption.

A.   Plaintiff(s) Name(s):          Address(es):          Telephone No. (only if **you are NOT** a prisoner)

Michael B Woolman

4621 Prescott Ave. Apt#2112

Lincoln, NE 68506


B.   Defendant(s) Name(s):          Address(es) If known:

Verizon Communication


One Verizon Way , Somerset County

Basking Ridge, NJ 07920




(Attach extra sheets if necessary.)

## II.  STATEMENT OF CLAIM(S)

State briefly the facts of your claim.  Describe how each defendant is involved.  You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts.  (Attach extra sheets if necessary.)

A.    **When** did the events occur?

   On the day of ,1 of February of  2008

B.    **What** happened?

   The association was such for the control, and the manner of a ,

   Breach of Peace. Now, for and all, the amendments 1,8 th .

   Using and providing a service for me but not attending, right

   Just in a value of proceedings a contract fail to determine and,

   Conclude residents for privacy rights & HIPPA,

    05-02-004, Compile for this proceeding.

   As such, now this formal complaint to be filed.

## II. STATEMENT OF CLAIM(S) (continued)

BREAF OF THE COMPLAINT

Here & now in the U.S. district court, the district of New Jersey.

Michael B Woolman V. Verizon Communication INC.


Now for the continuing to do so, and not regretting for them,

And their Company disregarding to care. Useful as phones are

Marker as phones can be, 'not paying a bill an interrupted call.

What should be a undeasent clause and improper for foiling

Could be considered and could have been avoided,' still

No way to use a comm channel.

For the concerning party,' the void of a contract is a suggestion.

To conform a lie for an example of life and liberty and the

Pursuit of happiness, should be held up for,' what this country is


Stood up for all time.

The state of privacy & and being private," The one thing for such a

Country can say.




## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

_____United States or a federal official or agency is a party

__X____Claim arises under the Constitution, laws or treaties of the United States

__X____Violation of civil rights

_____Employment discrimination

_____Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

__X____Other basis for jurisdiction in federal court (explain below)

_____

_____

_____

_____

### IV.     STATEMENT OF VENUE

State briefly the connection between this case and NewJersey. For example, does a party reside or do business in NewJersey? Is a party incorporated in NewJersey? Did an injury occur in NewJersey? Did the claim arise in NewJersey?

**BREACH OF PEICE**_____

To hold a suggestion, will be an understanding ._____

_____

_____

### V.     RELIEF

State briefly what you want the court to do for you.

There,' agreement was not a full proposal.
_____
_____
_____

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

  Yes _____    No ____X____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:
_____
_____
_____

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

There was no regarding an understanding agreement.
_____
_____

VII.   ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY _____          JUDGE __X_____

VIII.  VERIFICATION

**I (we) declare under penalty of perjury that the foregoing is true and correct.**

Date(s) Executed: _____   Signature(s) of Plaintiff(s): _____

**CERTIFICATE OF SERVICE**

On the day of the ,27,of June of , 2011. I certify this statement to be true to the best

Of my nolage.Now foregoing, and filing in the U.S. district court, District of New Jersey.

Now proceeding to send by U.S. Postal service.

_____ 7/29/11
Michael B Woolman&Date    Signatures         Notary& Date

Pamela Wilmot 7/29/01

GENERAL NOTARY-State of Nebraska
PAMELA WILMOT
My Comm. Exp. Jan. 8, 2012

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT=S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS. Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.**